1/28/15
14-288-CR

Mr. Jonathan Quintero,

I recieved this envelope in the mail room today 1/27/15 and it arrived empty. No one has opened it because the mail room people told me to simply send it back because someone on your end made a simple mistake and mailed it without its contents. Could you please look into this matter and correct the situation and go ahead and send me whatever it was that belonged in the envelope. I sure would be most appreciative to you.

Thank you for your time and effort in this matter.

Sincerely

Kevin R. Morales
1922160

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 FEB -5 AM 11: 49
Keith E. Hottle
KEITH E. HOTTLE, CLERK

**COURT OF APPEALS**

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037



SAN ANTONIO
TX 780

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1P        $ 000.48⁰
0003179973      JAN 22 2015
MAILED FROM ZIP CODE 78205

3B46B

RECEIVED IN
DAMAGED CONDITION
NO Contents

Ricardo Roger Morales #1922160
Michael Unit
2664 FM 2054
Tennessee Colony, TX  75886



Ricardo P. Montes 1922160
Michael Unit
2664 FM 2054
Tennessee Colony, Tx.
75886

IN THE
AT SAN ANTONIO
2015 FEB -5 AM 11:48
K. E. Hilte
FILE CLERK

Court of Appeals
4th Court of Appeals District
Clerk - Keith Hottle
300 Dolorosa, Suite 3200
San Antonio, Texas
78205

NORTH TEXAS TX PROC
DALLAS TX 750
02 FEB 2015 PM1 L
FOREVER    USA